

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2019

No. 04-19-00520-CV

**SOUTHLAND LOG HOMES, INC**. d/b/a Southland Log Homes and Southland Log Homes, LLC d/b/a Southland Log Homes and a/k/a Texas Favorite Log Home, LLC1,
Appellants

v.

Betty J. **PLANT,** Individually and as Trustee of the Betty J. Plant Revocable Trust,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI05974
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

A filing fee of $205 was due when this appeal was filed, but it was not paid. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Aug. 28, 2015). The clerk of the court notified appellants of this deficiency by letter dated July 29, 2019, and requested payment of the fee by August 12, 2019. The fee remains unpaid, and appellants have not filed a sworn statement of inability to afford payment of court costs.

We therefore **ORDER** that appellants, on or before **September 20, 2019**, must either: (1) pay the filing fee; or (2) provide written proof to this court that he is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs).

If appellants fail to respond satisfactorily within the time ordered, this appeal will be dismissed without further notice. *See* TEX. R. APP. P. 5 (providing that an appellate court may enforce rule requiring payment of costs "by any order that is just"); R. 42.3 (permitting appellate courts to dismiss an appeal when appellant fails to comply with a court order).



_Irene Rios, Justice_

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2019.



KEITH E. HOTTLE,
Clerk of Court